UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM Chambers

**Case #:** 3:19-cr-124　　　　　　　　　　　　　　　　　　**Date:** August 23, 2019

United States of America　**vs.**　Juan Sanchez and Emanuel Trejo

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | April Wilson |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |

| Cynthia Davidson | Benjamin Sharp (Sanchez) | Scott Saidak (Trejo) |
|---|---|---|
| **Asst. U.S. Atty** | **Atty(s) for Defendant(s)** | **Atty(s) for Defendant(s) (Cont.)** |

**Proceedings:** Parties present for an ☑ Initial Appearance ☑ Arraignment on an Indictment.
☑ Defendant sworn.
☑ Defendant requested appointment of counsel and submitted financial affidavit.
☑ Court approved financial affidavit and appointed counsel.
☐ Defendant present with retained counsel.
☑ Plea entered:　☑ Not Guilty　　☐ Guilty
☐ Government requested detention of the defendant:
　　☑ Defendant waived and reserved the right to a detention hearing.
　　☐ Defendant requested detention hearing.
　　　　☐ Detention hearing set.　　☐ Detention hearing held.
☐ Parties agreed to conditions on which the defendant could be released.
☑ Court set schedule and scheduling order to enter.
☐ With the exception of new deadlines set out below, the schedule in this case is governed by
　 the Order Continued Dates and Deadlines, which was previously entered in this case.
　 Scheduling Order provided to counsel.
☐ Case under seal as to defendant: ☐ Unsealed upon granting of motion by AUSA ☐ To remain under seal.

**Dates set at this hearing:**　　　　　　　　　　　　　　　**Deadlines set at this hearing:**
☑ **Jury Trial:** October 22, 2019 at 9:00 a.m.　　　　　☑ **Discovery DDL:** 8/30/2019
☑ **Pretrial Conf.:** October 15, 2019 at 2:30 p.m.　　　☑ **Motion Cut-Off:** 9/20/2019
☐ **Detention Hrng.:**　　　　　　　　　　　　　　　　　☑ **Response DDL:** 10/4/2019
☐ **Motion Hrng:**　　　　　　　　　　　　　　　　　　　☑ **Reciprocal Disc.:** 10/15/2019
☐ **Status Conf:**　　　　　　　　　　　　　　　　　　　☑ **Plea DDL:** 10/15/2019

☑ Defendant remanded to custody.　☐ Defendant released on Order Setting Conditions of Release.

**Time:** 9:30　　to　9:45

⦿ I,　Rachel Stone　, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
　　Knox-DCR_ 319cr124 _ 20190823 _ 092817

Case 3:19-cr-00124-TAV-DCP　Document 7　Filed 08/23/19　Page 1 of 1　PageID #: 19