# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #: 3:19-cr-124-2                                    Date:  December 11, 2019

### United States of America        vs.        Emanuel Trejo

**PROCEEDINGS:  Change of Plea.**  The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

---

HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Jason Huffaker | Rebekah Lockwood | Amanda Latham |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Cynthia F. Davidson | | Scott L. Saidak |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

☐     No plea agreement filed

■     Plea Agreement [R.21] filed on October 15, 2019     ☐ sealed     ■ unsealed

■     Defendant was arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.

■     Defendant moved to change plea     ■ granted     ☐ denied

■     Defendant waived reading of the Indictment     ☐ Indictment read

■     Defendant pleaded guilty to Counts 1-6 of the Indictment.

☐     Government moved to dismiss the remaining counts as to this defendant at sentencing.

■     Referred for Presentence Investigative Report.

■     DATE SET:   **Sentencing:** April 14, 2020 at 10:00 a.m. in Courtroom 4
                        **Before** the Honorable Thomas A. Varlan, United States District Judge

> • Parties must adhere to Local Rules 83.9(c) & 83.9(k)
>
> • If any witnesses are to be called at sentencing, parties must expressly file notice at least fourteen days prior to the sentencing date.

☐     Defendant to remain on bond

■     Defendant remanded to custody of the U.S. Marshal

11:34 – 12:00